SEATTLE NAT. BANK v. PRATT.

(Circuit Court of Appeals, Second Circuit. November 18, 1901.)

No. 15.

CORPORATIONS—ACTION AGAINST STOCKHOLDERS—LIMITATION.

Code Civ. Proc. N. Y. § 394, providing that an action against a stockholder of a moneyed corporation, to charge him with a statutory liability, must be brought within three years, applies to an action brought in New York against a stockholder of a mortgage trust company of another state

to enforce a liability imposed by the constitution and statutes of such state, where the defendant has been during the entire period a resident of New York.

In Error to the Circuit Court of the United States for the Northern District of New York.

This cause comes here upon a writ of error by plaintiffs below to review a judgment of the circuit court, Northern district of New York, in favor of defendant below, after trial before the court without a jury. 103 Fed. 62. The action was brought to recover the additional liability of a stockholder of a defunct Western farm mortgage trust company under the laws of Kansas, and was disposed of by the court below on the ground that suit was not begun against defendant, who had been at all times a resident of this state, until more than three years after cause of action accrued.

Buchanan & Lawyer, for plaintiff in error.

Patterson, Bulkeley & Van Kirk, for defendant in error.

Before WALLACE, LACOMBE, and TOWNSEND, Circuit Judges.

PER CURIAM. The facts, as the judge below found, bring this case within the decision of this court in Hobbs v. Bank, 37 C. C. A. 513, 96 Fed. 396; Id., 41 C. C. A. 205, 101 Fed. 75. A three-years statute was applied in that case, and, since certiorari was refused by the supreme court, the rule laid down in the Hobbs Case will be followed here, viz. that such an action cannot be maintained against such stockholder in this state when action was not begun until more than three years after the cause of action accrued, and during that entire period defendant was a resident of this state.

Judgment affirmed, with costs.